UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO SUAREZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>JENNIFER CONVERTIBLES, INC., a New York corporation,<br><br>　　　　　　　　Defendant. | **ECF CASE**<br><br>Civil Action No. 14-cv-2050 (ER)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Lynne Anne Anderson of the law firm of Drinker Biddle & Reath LLP, 600 Campus Drive, Florham Park, New Jersey 07932, hereby enters her appearance as counsel for defendant Jennifer Convertibles, Inc. in the above-captioned matter.

Dated: Florham Park, NJ　　　　　　　**DRINKER BIDDLE & REATH LLP**
　　　　May 8, 2014


　　　　　　　　　　　　　　　　　　By:　/s/ Lynne Anne Anderson
　　　　　　　　　　　　　　　　　　　　Lynne Anne Anderson (LA 6393)
　　　　　　　　　　　　　　　　　　　　600 Campus Drive
　　　　　　　　　　　　　　　　　　　　Florham Park, NJ 07932
　　　　　　　　　　　　　　　　　　　　Tel:  (973) 549-7000
　　　　　　　　　　　　　　　　　　　　Fax: (973) 360-9831
　　　　　　　　　　　　　　　　　　　　*lynne.anderson@dbr.com*
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　Jennifer Convertibles, Inc.

FP01/ 718817