**MEMO ENDORSED**

# DrinkerBiddle&Reath LLP

Lynne Anne Anderson
973-549-7140 Direct
973-360-9831 Fax
lynne.anderson@dbr.com

Law Offices
600 Campus Drive
Florham Park, NJ
07932-1047

973-549-7000 phone
973-360-9831 fax
www.drinkerbiddle.com

A Delaware Limited
Liability Partnership

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

July 8, 2014

**VIA FACSIMILE (212-805-7943)**
The Honorable Edgardo Ramos, U.S.D.J.
United States Courthouse
40 Foley Square
New York, New York 10007

The application is ✓ granted.
___ denied.

Edgardo Ramos, U.S.D.J.
Dated: 7/8/14
New York, New York 10007

RE: **Francisco Suarez v. Jennifer Convertibles, Inc.
Civil Action No. 14-cv-2050 (ER)**

Dear Judge Ramos:

This firm represents defendant Jennifer Convertibles, Inc. ("JCI") in the above-referenced case. JCI's deadline to respond to the Complaint is July 11, 2014. We are writing to respectfully request a 28-day extension of this deadline, to August 8, 2014. This extension is necessary because the parties are making progress toward an amicable resolution of this dispute. Counsel for the parties have had regular, extensive and substantive communications, but need some additional time. Plaintiff's counsel does not object to this request, which will not affect any other dates in this case.

This is the fourth request for an adjournment of JCI's deadline to respond to the Complaint, which was originally due on April 21, 2014. Plaintiff's counsel made the first request in order to obtain additional time for plaintiff's counsel and JCI to begin discussing the possibility of settlement.

Thank you for Your Honor's courtesies regarding this matter.

Respectfully submitted,

*Lynne Anne Anderson /WRH*

LYNNE ANNE ANDERSON

Andrew B. Joseph
Partner responsible for
Florham Park Office

LAA/tt
cc: Gregg I. Shavitz (via electronic mail)
    Camar Ricardo Jones, Esq. (via electronic mail)
    Jodi Jill Jaffe, Esq. (via electronic mail)

Established 1849

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/8/2014

ACTIVE/ 76161312

**Drinker Biddle & Reath LLP**
600 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone No. (973) 549-7000
Facsimile No. (973) 360-9831

## FACSIMILE COVER LETTER

| | | | |
|---|---|---|---|
| DATE: | July 8, 2014 | RECIPIENT FAX #: | (212) 805-7943 |
| TO: | Hon. Edgardo Ramos, U.S.D.J. | | |
| COMPANY: | United States District Court - SDNY | RECIPIENT PHONE #: | |
| cc: | Jodi Jill Jaffe, Esq. Email: jjaffe@jaffeglenn.com | | |
| | Camar Ricardo Jones, Esq. Email: cjones@shavitzlaw.com | | |
| | Gregg I. Shavitz, Esq. Email: gshavitz@shavitzlaw.com | | |
| FROM: | Lynne Anne Anderson | SENDER PHONE #: | 973-549-7140 |

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET** ___2___

MESSAGE:

---

**IF THERE IS A PROBLEM WITH THIS TRANSMISSION, PLEASE CALL AS SOON AS POSSIBLE**
(973) 549-7000

---

AFTER TRANSMISSION, PLEASE RETURN TO THE FOLLOWING:

| | | | |
|---|---|---|---|
| Contact's Name: | | Contact's Phone: | Floor: |
| Contact's In Box: ☐ · Contact's Chair: ☐ | | Other: | Timekeeper ID TK ID # |
| Job #: | User Number: 02235 | Client Number: | Matter Number: |

### • • • CONFIDENTIALITY NOTE • • •

The pages accompanying this facsimile transmission contain information from the law firm of Drinker Biddle & Reath, a Delaware LLP which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.
ACTIVE/ 42188228