**MEMO ENDORSED**

# DrinkerBiddle&Reath LLP

William R. Horwitz
973 549-7142 Direct
973 360-9831 Fax
william.horwitz@dbr.com

Law Offices
177 Avenue of the Americas
41st Floor
New York, NY
10036-2714

312-248-3140 phone
212-248-3141 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

August 7, 2014

The application is ✓ granted.
___ denied.

Edgardo Ramos, U.S.D.J.
Dated: 8/8/14
New York, New York 10007

**VIA FACSIMILE (212-805-7943)**
The Honorable Edgardo Ramos, U.S.D.J.
United States Courthouse
40 Foley Square
New York, New York 10007

RE:  **Francisco Suarez v. Jennifer Convertibles, Inc.**
     **Civil Action No. 14-cv-2050 (ER)**

Dear Judge Ramos:

This firm represents defendant Jennifer Convertibles, Inc. ("JCI") in the above-referenced case. JCI's deadline to respond to the Complaint is August 8, 2014. We are writing to respectfully request a 28-day extension of this deadline, to September 5, 2014. This extension is necessary because the parties have reached a resolution in principle and need additional time to work through certain details and finalize the settlement. Plaintiff's counsel consents to this request, which will not affect any other dates.

This is the fifth request for an adjournment of JCI's deadline to respond to the Complaint, which was originally due on April 21, 2014. Plaintiff's counsel made the first request in order to obtain additional time for plaintiff's counsel and JCI to begin discussing the possibility of settlement.

Thank you for Your Honor's courtesies regarding this matter.

Respectfully submitted,

WILLIAM R. HORWITZ

WRH/tt

cc: Gregg I. Shavitz, Esq. (via electronic mail)
    Camar Ricardo Jones, Esq. (via electronic mail)
    Jodi Jill Jaffe, Esq. (via electronic mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/8/2014

Established 1849

ACTIVE/ 76407029